**WITHDRAWAL OF PETITION**

**I, Amit Deshmukh, counsel for Petitioner hereby withdraws the within Petition, #26-09500.**

**Dated: 08/27/2026**

***/s/ Amit Deshmukh***

**Amit Deshmukh, Esq.**

**Counsel for Petitioner**

This matter shall be marked CLOSED.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**

**Date:** August 31, 2026